UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHNSON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>VECTOR HEALTH, INC., a California corporation, and MARC USSINI, an individual,<br><br>    Defendants.<br><br>VECTOR HEALTH, INC., a California corporation, and MARC USSINI, an individual,<br><br>    Counterclaimants,<br><br>    vs.<br><br>PETER JOHNSON, an individual,<br><br>    Counter-Defendant. | Case No: 3:23-cv-06127-TLT<br><br>Assigned to the Hon. Trina L. Thompson<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION RE: REMAND AND COUNTERCLAIMANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND**<br><br>[~~Filed concurrently with Stipulation~~] |

**[PROPOSED] ORDER**

Having considered the Joint Stipulation re: Remand and Counterclaimants' Notice of Non-Opposition to Plaintiff's Motion for Remand, and for good cause appearing, the Court hereby orders:

1. The above captioned matter be remanded to the Superior Court of the State of California;

2. Counterclaimants shall pay $2,740 in attorneys' fees to Plaintiff;

3. All briefing deadlines related to Counterclaimants' Motion for Preliminary Injunction (Dkt. No. 14) and Plaintiff's Motion for Remand and Request for Attorneys' Fees (Dkt. No. 20) are vacated; and

4. All other hearings, case management conferences (Dk. No. 23), and deadlines are vacated.

Dated: December 12, 2023

The Hon. Trina L. Thompson
United States District Court Judge